UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 1:20-MC-25017

IN RE: U.S. CURRENCY IN THE AMOUNTS
OF $100,000.00, $5,356.13, AND $8,425.00
(CATS NOS. 20-IRS-000401, 20-IRS-000402,
AND 20-IRS-000403)
_____/

**UNITED STATES OF AMERICA'S UNOPPOSED MOTION TO ENLARGE TIME IN WHICH TO FILE CIVIL FORFEITURE COMPLAINT OR CRIMINAL FORFEITURE**

Pursuant to 18 U.S.C. § 983(a)(3)(A), the United States of America ("United States") files this Unopposed Motion To Enlarge Time in Which To File Civil Forfeiture Complaint or Criminal Forfeiture. In support of this Motion, the United States states as follows:

1. On or about June 22, 2020, Internal Revenue Service ("IRS") agents seized U.S. currency in the amounts of $100,000.00, $5,356.13, and $8,425.00 ("Seized Assets").

2. The IRS assigned respective AFTRAK numbers to the Seized Assets, AFTRAK#13200081-01 ($100,000.00), AFTRAK#13200081-02 ($5,356.13) and AFTRAK#13200081-03 ($8,425.00).

3. The IRS then initiated administrative forfeiture proceedings and sent written notices of seizure to potential claimants in accordance with 18 U.S.C. § 983(a)(1)(A).

4. On or around September 15, 2020, the IRS received claims filed by Lihui Hsu Yu and Melissa Yu to the Seized Assets, specifically Lihui Hu Yu to the $100,000.00 and $5,356.13 and Melissa Yu to the $8,425.00 in U.S. currency.

5. After receipt of the respective claims, the IRS subsequently referred this matter to the U.S. Attorney's Office for the Southern District of Florida. The United States Attorney's Office assigned CATS Numbers to the Seized Assets, 20-IRS-000401 ($100,000.00), 20-IRS-

1

000402 ($5,356.13), and 20-IRS-000403 ($8,425.00).

6. The time has expired for any person to file a claim to the Seized Assets under 18 U.S.C. § 983(a)(2)(A)-(E). No other person has filed a claim to the property as required by law in the nonjudicial civil forfeiture proceeding.

7. Pursuant to 18 U.S.C. § 983(a)(3), within 90 days after a claim is filed, the United States is required to file a civil forfeiture complaint or obtain a criminal indictment containing an allegation that the property is subject to forfeiture. However, the Court may extend the period for filing a civil forfeiture complaint for good cause shown or upon agreement of the Parties.[1]

8. Pursuant to 18 U.S.C. § 983(a)(3)(A)-(C), the deadline for the United States to file a civil forfeiture complaint or to obtain an indictment alleging that the Seized Assets is subject to forfeiture is December 14, 2020. The Parties have now agreed to extend this deadline by 60 days, until and including February 12, 2021.

9. Claimants, through their counsel, Samuel J. Rabin, Jr., Esq., have knowingly, intelligently, and voluntarily agreed to give up any right it may have under 18 U.S.C. § 983(a)(3)(A)-(C) to require the United States to file a complaint for forfeiture against the property and/or to obtain an indictment alleging that the property is subject to forfeiture no later than December 14, 2020, and any right Claimants may have to seek dismissal of any

---

[1] The statute, in relevant part, reads:

> (A) Not later than 90 days after a claim has been filed, the Government shall file a complaint for forfeiture in the manner set forth in the Supplemental Rules for Certain Admiralty and Maritime Claims or return the property pending the filing of a complaint, except that a court in the district in which the complaint will be filed may extend the period for filing a complaint for good cause shown or upon agreement of the parties.

18 U.S.C. § 983(3)(A).

2

complaint and/or any indictment on the ground that it was not filed or returned on or before December 14, 2020.

10. In addition, there is good cause to extend the deadline from December 14, 2020, to February 12, 2021, as such extension of time will allow the Parties to determine whether this matter may be resolved without further litigation.

WHEREFORE, the United States respectfully requests that the Court grant this motion and provide that the United States will have through and including February 12, 2021, to file a civil forfeiture against U.S. currency in the amounts of $100,000.00, $5,356.13, and $8,425.00 (CATS NOS. 20-IRS-000401, 20-IRS-000402, and 20-IRS-000403, respectively) or to allege criminal forfeiture of such property.

## LOCAL RULE 7.1 CERTIFICATION

Pursuant to Local Rule 7.1, the undersigned counsel has conferred with Claimant's counsel, Samuel J. Rabin, Jr., Esq., via telephone on December 3, 2020, and via e-mail on December 9, 2020, and there is no objection to the relief sought herein.

Respectfully submitted,
**ARIANA ORSHAN FAJARDO**
**UNITED STATES ATTORNEY**

By: *s/ Annika M. Miranda*
Annika M. Miranda
Assistant United States Attorney
Florida Bar No. 64975
99 N.E. 4th Street, 7th Floor
Miami, Florida  33132-2111
Telephone: (305) 961-9303
Facsimile: (305) 536-4089
annika.miranda@usdoj.gov