UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 1:20-MC-25017-LFL

IN RE: U.S. CURRENCY IN THE AMOUNTS
OF $100,000.00, $5,356.13, AND $8,425.00
(CATS NOS. 20-IRS-000401, 20-IRS-000402,
AND 20-IRS-000403)
_____/

## ORDER

**THIS CAUSE** is before the Court upon the *United States of America's Unopposed Motion to Enlarge Time in which to File Civil Forfeiture Complaint or Criminal Forfeiture* (ECF No. 1), and having considered this matter and for good cause shown, it is hereby

**ORDERED AND ADJUDGED** that pursuant to 18 U.S.C. § 983(a)(3)(A), the *United States of America's Unopposed Motion to Enlarge Time in which to File Civil Forfeiture Complaint or Criminal Forfeiture* is **GRANTED**, and the United States will have through and including February 12, 2021, to file a civil forfeiture complaint against U.S. currency in the amounts of $100,000.00, $5,356.13, and $8,425.00 (respectively, CATS NOS. 20-IRS-000401, 20-IRS-000402, and 20-IRS-000403), or to allege criminal forfeiture of such property.

**DONE AND ORDERED** in Chambers at Miami, Florida, this 9th day of December, 2020.

_____
LAUREN F. LOUIS
UNITED STATES MAGISTRATE JUDGE